381 A.2d 914

Sherman et al. v. Exco Contractors, Inc. (et al., Appellant).

■ Argued September 20, 1977. Paul A. Barrett, with him Russell J. O'Malley, for appellant; No appearance entered nor brief submitted for appellees.

Order affirmed.

VAN der VOORT, J., dissents.